## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT DUNCAN,               :
a/k/a JAMES MALONE,      :
    Plaintiff,               :
                              :
    v.                       :        **CIVIL ACTION NO. 26-CV-2671**
                              :
CITY OF PHILADELPHIA, *et al.*,  :
    Defendants.           :

## ORDER

AND NOW, this 18th day of May, 2026, upon consideration of Plaintiff Robert Duncan a/ka/ James Malone's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), and Motion to Recuse Judge Kai N. Scott (ECF No. 4), it is **ORDERED** that:

1.      Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.      The Complaint is **DEEMED** filed.

3.      For the reasons stated in the Court's Memorandum, the Motion to Recuse Judge Kai N. Scott (ECF No. 4) is **DENIED**.

4.      For the reasons stated in the Court's Memorandum, Duncan's § 1983 claims are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) as *barred by Heck v. Humphrey*, 512 U.S. 477 (1994). The dismissal is without prejudice to Duncan filing a new case only in the event his underlying convictions are reversed, vacated, or otherwise invalidated.

5.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

_____
KAI N. SCOTT, J.